UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

ROBERT BLAND,                                                    Civil Action No.:

                                    Plaintiff,

                -against-                                        **NOTICE OF PETITION
                                                                FOR REMOVAL**

PAUL RAIA, LARRY BRUNO, MONEYTREE
MERCHANT SERVICES CORPORATION,

                                    Defendants.

-------------------------------------------------------------------------x

    **PLEASE TAKE NOTICE THAT**, there is annexed hereto a Verified Petition for Removal of

the above-captioned action from the New York State Supreme Court, Nassau County to the United

States District Court, Eastern District, pursuant to the provisions of 28 U.S.C. §1331 and 28 U.S.C.

§1441.

Dated: East Meadow, New York
        August 22, 2017

                                CERTILMAN BALIN ADLER & HYMAN, LLP


                                By: _____
                                        DOUGLAS E. ROWE, ESQ.
                                        Attorneys for Defendants
                                        90 Merrick Avenue
                                        East Meadow, New York 11554
                                        (516) 296-7000

TO:     ROBERT BLAND, Pro Se
        40 Station Drive
        Wyandanch, NY 11798
        631-994-0579

6423590.1